FRANCES DIEHL et al., Respondents, *v.* MYRON GARDEN APARTMENTS, INC., Appellant.

Argued April 21, 1948; decided May 21, 1948.

*Emile Z. Berman, Louis Helfenstein* and *Norman Lustig* **for** appellant.

*James G. Purdy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.